## Commonwealth *v.* Witherow, et al., Appellants.

Submitted March 24, 1975. *Richard H. Milgrub,* and *Thomas F. Morgan,* Public Defender, for appellants; *William C. Kriner,* Assistant District Attorney, and *Richard A. Bell,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Wortham, Appellant.

Argued March 24, 1975. *Reggie B. Walton,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Benjamin Lerner,* Defender, for appellant; *Neil Kitrosser,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed. See *Commonwealth v. Wortham,* 235 Pa. Superior Ct. 25, 342 A.2d 759 (1975).